UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,
an individual,

    Plaintiff,

v.

RENTOKIL NORTH AMERICA, INC.,
A Pennsylvania corporation,

    Defendant.

USDC #
Judge
Mag. Judge
Lower Court Case No. 19-80501-GC

| MARK W. DOBRONSKI | JEFFREY S. HENGEVELD (P66029) |
|---|---|
| Plaintiff *Pro Se* | PLUNKETT COONEY |
| P.O. Box 85547 | Attorney for Defendant |
| Westland, MI  48185 | 38505 Woodward Ave., Suite 100 |
| (734) 641-2300 | Bloomfield Hills, MI 48304 |
| markdobronski@yahoo.com | (248) 594-8202 |
|  | jhengeveld@plunkettcooney.com |

## NOTICE OF FILING REMOVAL

## NOTICE OF REMOVAL TO FEDERAL COURT

## VERIFICATION

## CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,
an individual,

    Plaintiff,

v.

RENTOKIL NORTH AMERICA, INC.,
A Pennsylvania corporation,

    Defendant.

USDC #
Judge
Mag. Judge
Lower Court Case No. 19-80501-GC

| MARK W. DOBRONSKI | JEFFREY S. HENGEVELD (P66029) |
|---|---|
| Plaintiff *Pro Se* | PLUNKETT COONEY |
| P.O. Box 85547 | Attorney for Defendant |
| Westland, MI 48185 | 38505 Woodward Ave., Suite 100 |
| (734) 641-2300 | Bloomfield Hills, MI 48304 |
| markdobronski@yahoo.com | (248) 594-8202 |
| | jhengeveld@plunkettcooney.com |

## NOTICE OF FILING REMOVAL

TO:    CLERK OF THE COURT
           18th Judicial District Court for the State of Michigan
           Mark W. Dobronski, Plaintiff *Pro Se*

Defendant, Rentokil North America, Inc., through its attorneys, Plunkett Cooney, and pursuant to 28 U.S.C. § 1441 *et seq.*, hereby provides notice to the Clerk of the 18th Judicial District Court for the State of Michigan of the removal of this case to the United States District Court for the Eastern District of Michigan, Southern Division.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PLUNKETT COONEY |
|  | By: */s/ Jeffrey S. Hengeveld* |
|  | Jeffrey S. Hengeveld (P66029) |
|  | Attorney for Defendant |
|  | 38505 Woodward Ave., Ste. 100 |
|  | Bloomfield Hills, MI  48304 |
|  | (248) 594-8202 |
| Dated:  November 14, 2019 | jhengeveld@plunkettcooney.com |

## PROOF OF SERVICE

The undersigned certifies that on November 14, 2019, a copy of the foregoing document was served upon the attorney(s) of record in this matter at their stated business address as disclosed by the records herein via:

☐ Hand delivery           ☐ Overnight mail
☒ U.S. Mail                    ☐ Facsimile
☐ Email                          ☐ Electronic e-file

I declare under the penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.

*/s/Debra L. Vogt*
DEBRA L. VOGT

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,
an individual,

    Plaintiff,

v.

RENTOKIL NORTH AMERICA, INC.,
A Pennsylvania corporation,

    Defendant.

USDC #
Judge
Mag. Judge
Lower Court Case No. 19-80501-GC

| MARK W. DOBRONSKI | JEFFREY S. HENGEVELD (P66029) |
|---|---|
| Plaintiff *Pro Se* | PLUNKETT COONEY |
| P.O. Box 85547 | Attorney for Defendant |
| Westland, MI  48185 | 38505 Woodward Ave., Suite 100 |
| (734) 641-2300 | Bloomfield Hills, MI 48304 |
| markdobronski@yahoo.com | (248) 594-8202 |
|  | jhengeveld@plunkettcooney.com |

## NOTICE OF REMOVAL TO FEDERAL COURT

TO:    HONORABLE JUDGES OF THE U.S. DISTRICT COURT
           Eastern District of Michigan, Southern Division
           Mark W. Dobronski, Plaintiff *Pro Se*

Defendant, Rentokil North America, Inc., through its attorneys, Plunkett Cooney, and pursuant to 28 U.S.C. § 1441 *et seq.*, removes this action from the 18th Judicial District Court for the State of Michigan, Case No. 19-80501-GC, to the United States District Court for the Eastern District of Michigan, Southern Division. In support of this Removal, Defendant states as follows:

1. Plaintiff filed his Complaint in the 18th Judicial District Court for the State of Michigan on October 25, 2019, which is attached as Exhibit A.

2. Defendant is seeking removal based upon a federal question arising from the alleged violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.,* presented in Plaintiff's Complaint.

3. Given the federal question presented, the District Court of the United States has original jurisdiction under 28 U.S.C. § 1331 and this action is properly removable under 28 U.S.C. § 1441(a).

4. This notice is filed with this Court within thirty (30) days after the Defendant became aware of the matter, which was on October 25, 2019. Removal is therefore timely.

5. A copy of this notice will be given to all adverse parties and to the clerk of the 18th Judicial District Court for the State of Michigan pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant, Rentokil North America, Inc., requests that this Court assume jurisdiction over this action and grant such other relief as the Court deems proper.

Respectfully submitted,

PLUNKETT COONEY

By: */s/ Jeffrey S. Hengeveld*
Jeffrey S. Hengeveld (P66029)
Attorney for Defendant
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 594-8202
jhengeveld@plunkettcooney.com

Dated: November 14, 2019

## PROOF OF SERVICE

The undersigned certifies that on November 14, 2019, a copy of the foregoing document was served upon the attorney(s) of record in this matter at their stated business address as disclosed by the records herein via:

| | |
|---|---|
| ☐ Hand delivery | ☐ Overnight mail |
| ☒ U.S. Mail | ☐ Facsimile |
| ☐ Email | ☐ Electronic e-file |

I declare under the penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.

*/s/Debra L. Vogt*
DEBRA L. VOGT

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,
an individual,

    Plaintiff,

v.

RENTOKIL NORTH AMERICA, INC.,
A Pennsylvania corporation,

    Defendant.

USDC #
Judge
Mag. Judge
Lower Court Case No. 19-80501-GC

| MARK W. DOBRONSKI<br>Plaintiff *Pro Se*<br>P.O. Box 85547<br>Westland, MI  48185<br>(734) 641-2300<br>markdobronski@yahoo.com | JEFFREY S. HENGEVELD (P66029)<br>PLUNKETT COONEY<br>Attorney for Defendant<br>38505 Woodward Ave., Suite 100<br>Bloomfield Hills, MI 48304<br>(248) 594-8202<br>jhengeveld@plunkettcooney.com |
|---|---|

## **VERIFICATION**

Jeffrey S. Hengeveld, first being duly sworn, states that he is the attorney for Defendant, Rentokil North America, Inc., and that the foregoing Notice of Removal is true in substance and in fact to the best of his knowledge, information and belief.

                Respectfully submitted,

                PLUNKETT COONEY

By:   */s/ Jeffrey S. Hengeveld*
       Jeffrey S. Hengeveld (P66029)
       Attorney for Defendant
       38505 Woodward Ave., Ste. 100
       Bloomfield Hills, MI 48304
       (248) 594-8202

Dated: November 14, 2019       jhengeveld@plunkettcooney.com

Subscribed and sworn to before me
on the 14th day of November, 2019

*/s/ Debra L. Vogt*
DEBRA L. VOGT, Notary Public
Oakland County, Michigan
My Commission Expires: 7/7/2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,
an individual,

    Plaintiff,

v.

RENTOKIL NORTH AMERICA, INC.,
A Pennsylvania corporation,

    Defendant.

USDC #
Judge
Mag. Judge
Lower Court Case No. 19-80501-GC

| MARK W. DOBRONSKI<br>Plaintiff *Pro Se*<br>P.O. Box 85547<br>Westland, MI  48185<br>(734) 641-2300<br>markdobronski@yahoo.com | JEFFREY S. HENGEVELD (P66029)<br>PLUNKETT COONEY<br>Attorney for Defendant<br>38505 Woodward Ave., Suite 100<br>Bloomfield Hills, MI 48304<br>(248) 594-8202<br>jhengeveld@plunkettcooney.com |
|---|---|

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 14, 2019, I electronically filed the foregoing Removal Package with the Clerk of the Court using the ECF system and that I have mailed by United States Postal Service to any parties that are not ECF participants.

                Respectfully submitted,

                PLUNKETT COONEY

By:   */s/ Jeffrey S. Hengeveld*
       Jeffrey S. Hengeveld (P66029)
       Attorney for Defendant
       38505 Woodward Ave., Ste. 100
       Bloomfield Hills, MI  48304
       (248) 594-8202

Dated:  November 14, 2019       jhengeveld@plunkettcooney.com

Open.26879.94461.23093975-1